I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/2/2010

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUL - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JESUS P. CERVANTES,

    Petitioner,

vs.

LARRY SMALL, Warden,

    Respondent.

Case No. CV 09-1539-GW (RNB)

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 2, 2010

GEORGE H. WU
UNITED STATES DISTRICT JUDGE